# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| MAC ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00485-BP |
| | § | |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has entered its Agreed Order of Dismissal with Prejudice. ECF No. 14. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that this case **is dismissed with prejudice**.

The taxable costs of court, as calculated by the clerk of court, shall be borne by the respective parties incurring the costs.

It is so **ORDERED** on **September 1**, **2021**.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE